UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLINT PINEDA** | * | **CIVIL ACTION NO:** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **POSEIDON PERSONNEL SERVICES S.A.;** | * | **JUDGE:** |
| **SOLITAIRE TRANSPORT** | * | |
| **CHARTERING (NV); AND** | * | **MAGISTRATE:** |
| **ALLSEAS GROUP S.A.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT FOR DAMAGES**
**UNDER THE JONES ACT AND GENERAL MARITIME LAW**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Clint Pineda, a person of majority age and resident of Marrero, Louisiana, with respect represents:

1.

Made Defendants herein are:

a. Poseidon Personnel Services S.A., a foreign entity doing business in this state and judicial district at all material times;

b. Solitaire Transport Chartering (NV), a foreign entity doing business in this state and judicial district at all material times; and

c. Allseas Group S.A., a foreign entity doing business in this state and judicial district at all material times.

**FOR A FIRST CAUSE OF ACTION**

2.

At all relevant times, Defendant Poseidon Personnel Services S.A. ("Poseidon") and/or

1

Allseas Group S.A. ("Allseas") employed Clint Pineda ("Plaintiff") as a Welder Foreman, for which job he earned a base salary of $9,700.00 per month plus additional allowances, bonuses, fringe and found benefits.

3.

At all relevant times, Defendants Solitaire Transport Chartering (NV) ("Solitaire Transport") and/or Allseas owned, operated, managed and/or controlled the SOLITAIRE, a pipelaying vessel in navigation.

4.

On or about May 24, 2016, while Plaintiff was performing his assigned tasks aboard the SOLITAIRE, which was located in the Netherlands at the time, Plaintiff suffered severe and permanently disabling injuries to his lumbar and cervical spines, and connective nerves, joints and tissues, when his head struck a piece of angle iron while descending a stairwell on the vessel.

5.

Following the above-described incident, Plaintiff was transported back to Louisiana where he received and continues to receive substantial medical treatment for the aforementioned severe and permanently disabling injuries.

6.

The above-described incident and resulting injuries to Plaintiff were caused by the joint and concurring fault and negligence of Defendants Poseidon, Solitaire Transport, Allseas, and the unseaworthiness of the SOLITAIRE.

7.

By reasons of the foregoing, Plaintiff has suffered past and future physical, mental, and emotional pain and suffering, permanent physical disability, loss of wages and wage-earning

capacity, loss of fringe benefits and found, and past and future medical expenses, for which damages Plaintiff seeks and is entitled to recover from Defendants an amount reasonable under the circumstances of this cause.

8.

Jurisdiction of this cause of action against the aforesaid Defendants is based upon the Jones Act, 46 U.S.C. §30104, *et seq*., and the general maritime law of the United States of America.

**WHEREFORE**¸ Plaintiff Clint Pineda prays for judgment in his favor and against Defendants Poseidon Personnel Services S.A., Solitaire Transport Chartering (NV), and Allseas Group S.A. for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as allowed by law, and for any additional general and equitable relief to which the circumstances of this cause may require.

Respectfully submitted,

/s/ Ian F. Taylor _____
DAVID A. ABRAMSON (#21435)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
TEL:   (504) 588-1500
FAX:   (504) 588-1514
abramson@lksalaw.com
itaylor@lksalaw.com

**PLEASE SERVE:**

**POSEIDON PERSONNEL SERVICES S.A.**
Route de Pra de Plan 18
1618 Châtel-Saint-Denis
Switzerland

**ALLSEAS GROUP S.A.**
Route de Pra de Plan 18, Case Postale 411
1618 Châtel-Saint-Denis
Switzerland

**SOLITAIRE TRANSPORT CHARTERING (NV)**
Stationsstraat 180
B-2910 Essen
Belgium