## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLINT PINEDA** | * | **CIVIL ACTION NO: 18-4127** |
| | * | |
| **VERSUS** | * | **SECTION: N(2)** |
| | * | |
| **POSEIDON PERSONNEL SERVICES S.A.;** | * | **JUDGE: ENGELHARDT** |
| **SOLITAIRE TRANSPORT** | * | |
| **CHARTERING (NV); AND** | * | **MAGISTRATE: WILKINSON** |
| **ALLSEAS GROUP S.A.** | * | |
| | * | **JURY TRIAL REQUESTED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED COMPLAINT FOR DAMAGES
### UNDER THE JONES ACT AND GENERAL MARITIME LAW

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

Plaintiff Clint Pineda, through undersigned counsel, amends his Complaint for Damages as follows:

1.

Clint Pineda ("Plaintiff") is a person of majority age residing in Marrero, Louisiana.

2.

Made Defendants herein are:

a. Poseidon Personnel Services S.A., a foreign entity doing business in this state and judicial district at all material times;

b. Solitaire Transport Chartering (NV), a foreign entity doing business in this state and judicial district at all material times; and

c. Allseas Group S.A., a foreign entity doing business in this state and judicial district at all material times.

1

3.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained in paragraphs 2 through 8 of his Complaint for Damages as if specifically re-pled herein in their entirety.

4.

Plaintiff hereby requests a trial by jury on all issues raised herein.

**WHEREFORE**¸ Plaintiff Clint Pineda prays for judgment in his favor and against Defendants Poseidon Personnel Services S.A., Solitaire Transport Chartering (NV), and Allseas Group S.A. for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as allowed by law, for any additional general and equitable relief to which the circumstances of this cause may require, and for a trial by jury.

Respectfully submitted,

/s/ Ian F. Taylor_____
DAVID A. ABRAMSON (#21435)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
TEL:   (504) 588-1500
FAX:   (504) 588-1514
abramson@lksalaw.com
itaylor@lksalaw.com

**PLEASE SERVE:**

**POSEIDON PERSONNEL SERVICES S.A.**
Route de Pra de Plan 18
1618 Châtel-Saint-Denis
Switzerland

**ALLSEAS GROUP S.A.**
Route de Pra de Plan 18, Case Postale 411
1618 Châtel-Saint-Denis
Switzerland

**SOLITAIRE TRANSPORT CHARTERING (NV)**
Stationsstraat 180
B-2910 Essen
Belgium