UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLINT PINEDA | * | CIVIL ACTION |
| VERSUS | * | NO. 18-4127 |
| POSEIDON PERSONNEL SERVICES S.A. SOLITAIRE TRANSPORT CHARTERING (NV); AND ALLSEAS GROUP S.A. | * * | SECTION "B" (2) JUDGE LEMELLE |
| *   *   *   *   *   *   *   * | | MAG. WILKINSON |

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**NOW INTO COURT**, through undersigned counsel, comes defendant, Poseidon Personnel Services, S.A. ("PPS"), who moves this Honorable Court pursuant to Federal Rule of Civil Procedure 12(b)(2) to dismiss the claims of plaintiff, Clint Pineda, against it because this Honorable Court lacks personal jurisdiction over PPS, all for the reasons more fully set forth in the attached Memorandum in Support.

Respectfully Submitted:

MURPHY, ROGERS, SLOSS,
GAMBEL & TOMPKINS

/s/  John H. Musser, V
John H. Musser, V  (#22545)
jmusser@mrsnola.com
Peter B. Sloss (#17142)
psloss@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
701 Poydras Street, Suite 400
New Orleans, LA  70139
Telephone:  504/523-0400
Facsimile:  504/523-5574
Attorneys for Poseidon Personnel Services, S.A., Solitaire Transport Chartering (NV) and Allseas Group, S.A.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on 12 July 2018, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax, by electronic filing, or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

/s/ John H. Musser, V

2