UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CLINT PINEDA**                                                **CIVIL ACTION**

**VERSUS**                                                      **NO. 18-4127**

**POSEIDON PERSONNEL**                                          **SECTION: "B"(2)**
**SERVICES S.A., ET. AL.**

<u>**ORDER**</u>

Before the Court is Defendants Poseidon Personnel Services, S.A., Solitaire Transport Chartering (NV), and Allseas Group, S.A.'s Motion to Dismiss for *Forum Non Conveniens* (Rec. Doc. 14). Pursuant to the reasons provided in the March 20, 2019 Order and Reasons recently issued by this Court,

**IT IS ORDERED** that the motion to dismiss is **DISMISSED AS MOOT**.

Alternatively, if this issue was ripe for review, movants clearly established that (1) plaintiff's employment contract selected Switzerland as the forum for this type of action; (2) movants satisfy the directives provided in *Atlantic Marine Const. Co., Inc. v. United States District Court for the Western District of Texas*, 571 U.S. 49 (2013); *DTEX, LLC v. BBVA Bancomer, S.A.*, 508 F.3d 785, 796 (5th Cir. 2007); and *Dickson Marine, Inc. v. Panalpina, Inc.*, 179 F.3d 331 (5th Cir. 1999).

New Orleans, Louisiana, this 21st day of March, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1