UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLINT PINEDA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4127** |
| **POSEIDON PERSONNEL SERVICES, ET. AL.** | **SECTION: "B"(2)** |

### JUDGMENT

In a separate Order and Reasons, Defendant Allseas Group S.A.'s Motion to Dismiss, Defendant Solitaire Transport Chartering (NV)'s Motion to Dismiss, and Defendant Poseidon Personnel Services' Motion to Dismiss were granted (Rec. Doc. 51). Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims in the above-captioned matter are hereby **DISMISSED.**

New Orleans, Louisiana, this 27th day of March, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE