UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLINT PINEDA** | * | **CIVIL ACTION NO: 18-4127** |
| | * | |
| **VERSUS** | * | **SECTION: B(2)** |
| | * | |
| **POSEIDON PERSONNEL SERVICES S.A.;** | * | **JUDGE: LEMELLE** |
| **SOLITAIRE TRANSPORT** | * | |
| **CHARTERING (NV); AND** | * | **MAGISTRATE: WILKINSON** |
| **ALLSEAS GROUP S.A.** | * | |
| | * | **JURY TRIAL REQUESTED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

COMES NOW Plaintiff, Clint Pineda, through undersigned counsel, who provides Notice to all parties and this Honorable Court of his appeal to the United States Court of Appeals for the Fifth Circuit from **(1)** the Judgment entered on March 28, 2019 (Rec. Doc. 53), **(2)** the Order and Reasons issued by the Court on March 21, 2019 granting Defendants' Motions to Dismiss (Rec. Doc. 51), and **(3)** the Order issued by the Court on March 21, 2019 regarding Defendants' Motion to Dismiss for *Forum Non Conveniens* (Rec. Doc. 52).

    Respectfully submitted,

    /s/ Ian F. Taylor
    DAVID A. ABRAMSON (#21435)
    IAN F. TAYLOR (#33408)
    Lewis, Kullman, Sterbcow & Abramson, LLC
    601 Poydras Street, Suite 2615
    New Orleans, Louisiana 70130
    TEL:   (504) 588-1500
    FAX:   (504) 588-1514
    abramson@lksalaw.com
    itaylor@lksalaw.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 18th day of April, 2019, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties to this proceeding.

/s/ Ian F. Taylor